**Motion Denied and Order filed October 13, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00942-CV
_____

### ALOYSIUS HOANG AKA HOANG DUY HUNG, Appellant

### V.

### THINH DAT NGUYEN, INDIVIDUAL; THOI BAO HOUSTON AND THOI BAO, Appellees

**On Appeal from the 215th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014-59665**

## ORDER

Appellant's brief was filed on September 17, 2015. On September 2, 2015, appellee filed a motion to strike appellant's brief and dismiss the appeal for want of prosecution for failure to comply with Rules 9 and 38.1 of the Texas Rules of Appellate Procedure. No response has been filed.

Our review of appellant's brief reflects that appellant has failed to satisfy the requirements of Rules 9.4(e) and (i)(3),[1] and Rules 38.1 (d), (h), (i) and (k). Pursuant to Rule 38.9, we deny appellee's motion to dismiss and order appellant's brief filed September 17, 201, stricken. Appellant is ordered to file a brief that complies with the Texas Rules of Appellate Procedure within ten (10) days of the date of this order. *See* Tex. R. App. P. 38.1.

If appellant files another brief that does not substantially comply with the Texas Rules of Appellate Procedure, the Court may strike the brief, prohibit appellant from filing another, and proceed as if appellant had failed to file a brief. *See* Tex. R. App. P. 38.9(a). Pursuant to Texas Rule of Appellate Procedure 38.8(a), where an appellant has failed to file a brief, we may dismiss the appeal for want of prosecution. If appellant fails to timely file a brief in accordance with the Texas Rules of Appellate Procedure, the appeal will be dismissed for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1).

PER CURIAM

Panel consists of Justices Jamison, McCally and Wise.

---

[1] Appellee further contends appellant failed to comply with Rule 9.4(j) but no appendix was filed with appellant's brief.